UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEUSILENE VILLAFANE,<br><br>                                  Plaintiff,<br><br>v.<br><br>ROMUALDO VILLAFANE<br><br>                                  Defendant. | Case No.: 3:23-cv-01440-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

On August 7, 2023, Defendant Romualdo Villafane ("Defendant"), proceeding pro se, removed the above-titled action to this Court from the Superior Court of California, County of San Diego (Case No. 17-FL-003562S). The same day, Defendant filed a Motion to Proceed In Forma Pauperis ("IFP"). (ECF No. 2.)

On August 17, 2023, the Court issued an Order to Show Cause "why this action should not be remanded to state court for lack of subject matter jurisdiction." (ECF No. 3 at 3). The Court cautioned that "[i]f Defendant fails to timely demonstrate subject matter jurisdiction, the Court will order that this action be remanded to state court." *Id*.

On September 18, 2023, the Court issued an Order granting Defendant an additional sixty days to respond to the Order to Show Cause. (ECF No. 5.)

On December 1, 2023, the Court issued an Order granting Defendant an additional thirty days to respond to the Order to Show Cause. (ECF No. 7.) Defendant's response was due on or before December 31, 2023.

The docket reflects that Defendant has not filed any response to the Court's Order to Show Cause.

IT IS HEREBY ORDERED that this action is remanded to the Superior Court for the State of California, County of San Diego, where it was originally filed under case number 17-FL-003562S.

IT IS FURTHER ORDERED that the Motion to Proceed IFP (ECF No. 2) is denied as moot.

Dated: January 8, 2024

Hon. William Q. Hayes
United States District Court